# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRI WASHINGTON BLACK, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. CIV-18-1094-D |
| | ) |
| NANCY C. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| | ) |
| *Defendant*. | ) |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Bernard M. Jones pursuant to 28 U.S.C § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 20] in its entirety. For the reasons stated therein, Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to refiling.

**IT IS SO ORDERED** this 22nd day of October, 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge